## Commonwealth, Appellant, *v.* Cerulla.

Argued June 13, 1974. *Martin King,* with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellant; *John Koopman,* with him *S. Richard Klinges, III,* for appellee.

Order affirmed.